UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL JAY REBARDO,<br>Plaintiff,<br>v.<br>UNDERGROUND ELECTRIC CONSTRUCTION COMPANY, LLC,<br>Defendant. | No. 2:26-cv-02554-DAD-JDP<br><br>ORDER VACATING THE INITIAL SCHEDULING CONFERENCE AND DIRECTING THE PARTIES TO SUBMIT A JOINT PROPOSED BRIEFING SCHEDULE REGARDING DEFENDANT'S IMPENDING MOTION FOR SUMMARY JUDGMENT |

On November 9, 2026, the parties filed a joint status report for the upcoming initial scheduling conference presently set for November 23, 2026. (Doc. No. 8.) Therein, defendant states that it intends on moving for summary judgment in its favor on plaintiff's claims on the basis that § 301 of the Labor Management Relations Act "completely preempts Plaintiff's California Labor Code and derivative Business and Professions Code claims." (*Id.* at 4.) Defendant proposes a deadline of January 31, 2027 to file its motion for summary judgment. (*Id.* at 5.) Plaintiff states that the court should set the filing deadline for defendant's motion. (*Id.*) The parties agree that all discovery should be limited to what is necessary for defendant's impending motion for summary judgment (*id.* at 4), but they have not proposed any corresponding discovery deadlines (*See generally id.*).

Based on the parties' representations, it appears that the court's ruling on defendant's impending motion for summary judgment will significantly impact the proceedings in this action. Accordingly, the court will not issue a scheduling order at this time. The court also declines to set a briefing schedule on defendant's impending motion for summary judgment because the parties have not proposed deadlines for any corresponding discovery that will be necessary for the impending motion.

For these reasons,

1. The initial scheduling conference presently set for November 23, 2026 is VACATED, to be reset at a later date if necessary; and
2. The parties are directed to meet and confer and submit a joint proposed briefing schedule regarding defendant's impending motion for summary judgment, and any corresponding discovery that the parties deem to be necessary in their preparation to both move for an oppose summary judgment within fourteen (14) days from the date of issuance of this order.

IT IS SO ORDERED.

Dated: **November 16, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE